IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. |
| v. | : (VIO: 21 U.S.C. §§ 841; 846) |
| MARIA F. TAVAREZ | : **ELECTRONICALLY FILED** |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
Distribution and attempted distribution of a controlled substance
(21 U.S.C. §§841(a)(1) and 846)

Between on or about February 2, 2014, and continuing until on or about August 8, 2014, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**MARIA F. TAVAREZ**

unlawfully, knowingly and intentionally, distributed and attempted to distribute by mailing to inmates at the U.S. Penitentiary, Lewisburg, Union County, Pennsylvania, approximately 10 envelopes with strips containing a detectable amount of suboxone or buprenorphine, a Schedule III narcotic controlled substance, hidden under the stamps on the envelopes.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 846.

*Peter J. Smith* /ps
PETER J. SMITH
United States Attorney

Dated: *April 15*, 2015