UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. |
| : | |
| v. : | (JUDGE    ) |
| : | |
| MARIA F. TAVAREZ : | **ELECTRONICALLY FILED** |

## PRAECIPE FOR SUMMONS

TO:  MARIA E. ELKINS, CLERK

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure.  Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the United States mail at the following address: D. Toni Byrd, Esquire, Office of Federal Public Defender, One Executive Plaza, Suite 302, 330 Pine Street, Williamsport, PA   17701.

Respectfully submitted,

PETER J. SMITH
United States Attorney

By s/Wayne P. Samuelson
WAYNE P. SAMUELSON
Assistant United States Attorney
PA ID 22004
Herman T. Schneebeli Federal Bldg.
240 West Third Street, Suite 316
Williamsport, PA 17701-6465
Tele:   (570) 326-1935
FAX:   (570) 326-7916
Electronic Mail:
Wayne.Samuelson@usdoj.gov

Dated: April 15, 2015